**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1062

MARIA S. REMINGTON,

Plaintiff - Appellant,

v.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-cv-00375-FL)

Submitted:  June 29, 2018                    Decided:  August 15, 2018

Before GREGORY, Chief Judge, and DUNCAN and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Maria S. Remington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria S. Remington appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Remington v. Univ. of North Carolina*, No. 5:17-cv-00375-FL (E.D.N.C. Dec. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*